[No. 67595-8-I.   Division One.   January 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EDUARDO CAZADORES-VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14464-6, Brian D. Gain, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 67604-1-I.   Division One.   January 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY S. AQUININGOC, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-1-00439-5, Charles R. Snyder, J., entered August 22, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Schindler and Dwyer, JJ.

[No. 67777-2-I.   Division One.   January 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JONTAE ROBERT CHATMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03009-6, Laura Gene Middaugh, J., entered September 28, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Schindler, J.

[No. 67807-8-I.   Division One.   January 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LENNY RAY PRUITT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00369-4, Beth M. Andrus, J., entered September 16, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.